# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LEE TIMOTHY HUBBARD**                                                              **PLAINTIFF**

v.                          **CASE NO. 4:24-cv-01068 JM**

**JIM WALTON**, *et al*.                                                            **DEFENDANTS**

## ORDER

Plaintiff Lee Timothy Hubbard's complaint (Doc. 2) is dismissed without prejudice because he failed to file an amended complaint as directed. (Doc. 3); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 28th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE