# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LEE TIMOTHY HUBBARD**                                               **PLAINTIFF**

**v.**                      **CASE NO. 4:24-cv-01068 JM**

**JIM WALTON,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 28th day of January 2025.

_____
UNITED STATES DISTRICT JUDGE