IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEE TIMOTY HUBBARD**                                                                                   **PLAINTIFF**

V.                                              No. 4:24-CV-01068-JM

**JIM WALTON,** *ET AL.*                                                                                **DEFENDANTS**

**ORDER**

Pending is Plaintiff's Motion for Clarification (Doc. No. 8), which asks for "the real reason" his case was dismissed. As stated in the December 9, 2024 Order, Plaintiff's Complaint named a range of Defendants, including the Arvest Bank CEO, judges, a doctor, numerous lawyers, *etc.*, allegedly involved in events that started in 2018.[1] Since the 124-page Complaint failed to comply with Federal Rule of Civil Procedure 8, the Court directed Plaintiff to file an amended complaint within thirty days of the date of the order. The Court warned Plaintiff that the case would be dismissed if he did not file an amended complaint. Plaintiff did not file an amended complaint, so the case was dismissed.[2]

To the extent set out above, the Motion for Clarification is GRANTED. This case remains CLOSED.

IT IS SO ORDERED this 12th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 3.

[2] Doc. No. 4.